■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRES LINARES, Appellant. [730 NYS2d 107] —Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered October 6, 2000, convicting defendant, after a jury trial, of burglary in the second degree and assault in the second degree, and sentencing him to concurrent terms of six years, unanimously affirmed.

The verdict was not against the weight of the evidence. Defendant's larcenous intent could be readily inferred from the circumstances, including defendant's behavior when confronted by the complainant (*see, People v Castillo*, 47 NY2d 270, 278). Furthermore, defendant's argument that the assault conviction was tainted by the burglary conviction is without merit; the evidence supporting this criminal act is both separate and overwhelming.

We perceive no basis for reduction of sentence. Concur—Sullivan, P. J., Mazzarelli, Ellerin, Wallach and Lerner, JJ.